US District Court for the Middle District of Tennessee

) Craig Cunningham
) Plaintiff, pro se
)
) v.
) CIVIL ACTION NO. 3:14-cv-01764
)
) Auto Discount Services Et al.
) Defendants.

### Plaintiff's notice of settlement and request for stay

1. To the Honorable US District Court:
2. The Plaintiff and Defendant Thomas Meehan have spoken and resolved the case.
3. The Parties request a stay of all deadlines and motions before the court for 30 days to finalize the settlement and dismissal of the case.

Craig Cunningham

Plaintiff, Pro-se

5543 Edmondson Pike, ste 248

Nashville, TN 37211

615-348-1977

12/16/2014

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

CRAIG CUNNINGHAM, Pro-se )
)
    *Plaintiff* )
) CIVIL ACTION NO: 3:14-cv-01764
v. )
)
Auto Discount Services, ID Watch Guard LLC, )
and Thomas Meehan )

    *Defendants.*

Certificate of Service

1. I hereby certify that a true copy of the foregoing was mailed to the Defendants in this case via USPS first class mail on 12/19/2014 to:

140 Island way ste 221, Clearwater Beach, FL 33767

Craig Cunningham
Plaintiff, Pro-se
5543 Edmondson pike, ste 248
Nashville, TN 37211
615-348-1977
12/19/2014