UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

RECEIVED
IN CLERK'S OFFICE

JAN -6 2015

U.S. DISTRICT COURT
MID. DIST. TENN.

CRAIG CUNNINGHAM, Pro-se              )
                                      )
        *Plaintiff*                   )
                                      ) CIVIL ACTION NO: 3:14-cv-01764
v.                                    )
                                      )
Auto Discount Services, ID Watch Guard LLC,   )
and Thomas Meehan                             )
                                      )
        *Defendants.*


## Plaintiff's notice of settlement and voluntary dismissal


1. To the Honorable US District Court:

2. The Plaintiff has finalized the settlement with all parties in this case. The settlement

includes Thomas Meehan as well as the corporate entities Auto Discount Services, and ID

Watch Guard, LLC.

3. As such, the Plaintiff requests the court dismiss this action with prejudice.

Craig Cunningham
Plaintiff, Pro-se
5543 Edmondson Pike, ste 248
Nashville, TN 37211
615-348-1977
1-5-2014

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE


CRAIG CUNNINGHAM, Pro-se           )
                                   )
        *Plaintiff*                )
                                   ) CIVIL ACTION NO: 3:14-cv-01764
v.                                 )
                                   )
Auto Discount Services, ID Watch Guard LLC,  )
and Thomas Meehan                            )
                                                    )
        *Defendants.*


## Certificate of Service

1. I hereby certify that a true copy of the foregoing was mailed to the Defendants in this case via USPS first class mail on 1/5/2014 to:

140 Island way ste 221, Clearwater Beach, FL 33767

Craig Cunningham
Plaintiff, Pro-se
5543 Edmondson pike, ste 248
Nashville, TN 37211
615-348-1977
1/5/2014