IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM ) | |
| ) | |
| v. ) | NO. 3-14-1764 |
| ) | JUDGE CAMPBELL |
| AUTO DISCOUNT SERVICES, et al. ) | |

ORDER

Plaintiff has filed a Notice of Settlement and Voluntary Dismissal (Docket No. 42), indicating that all matters herein have been resolved and he wishes to dismiss this action. Accordingly, this action is DISMISSED with prejudice, and the Clerk is directed to close the file. Any pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE